UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY TINCHER, JR.,

               Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

               Defendant.
_____/

Case No. 2:15-cv-13249-PDB-RSW

Hon. Paul D. Borman

| | |
|---|---|
| Greg Liepshutz (P37573) | David M. Davis (24006) |
| Attorney for Plaintiff | Attorney for Defendant |
| Levine Benjamin, P.C. | Hardy, Lewis & Page, P.C. |
| 100 Galleria Officentre | 401 South Old Woodward Ave. |
| Suite 411 | Suite 450 |
| Southfield, Michigan 48034 | Birmingham, Michigan 48009 |
| Telephone: (248) 352-5700 | Telephone: (248) 203-0230 |
| E-Mail: gliepshutz@levinebenjamin.com | E-Mail: dmd@hardylewis.com |

_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

NOW COME the Parties in the above action, by and through their respective counsel, and stipulate and agree that this action should be DISMISSED WITH PREJUDICE and without an award of interest, costs or attorney fees to either Party.

| | |
|---|---|
|    s/Greg Liepshutz |    s/David M. Davis |
| Greg Liepshutz | David M. Davis |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: March 4, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY TINCHER, JR.,

        Plaintiff,

vs.

        Case No. 2:15-cv-13249-PDB-RSW

        Hon. Paul D. Borman

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the reading and filing of the Parties stipulation:

IT IS HEREBY ORDERED AND ADJUDGED that this action be and hereby is DISMISSED WITH PREJUDICE and without an award of costs, interest or attorney fees to either Party.

This is a final Order resolving all claims and closing the case.

_____
United States District Judge

Dated: MAR 0 8 2016